|     |     |
| --- | --- |
| 1   | HONORABLE BARBARA J. ROTHSTEIN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| 5450 SANDPOINT WAY N.E., LLC, | Case No. 2:23-cv-01244-BJR |
| --- | --- |
| Plaintiff, | STIPULATED MOTION AND ORDER TO STRIKE CERTAIN PRETRIAL DEADLINES AND TRIAL DATE; AND TO SUBMIT A JSR WITH NEW PROPOSED TRIAL DATES |
| v. | |
| EXXONMOBIL OIL CORPORATION, | |
| Defendant. | |

### I.    MOTION

Pursuant to Fed. R. Civ. Pro. 16(b)(4), Local Rule 7(d)(1), Local Rule 10(g), and the Court's direction, Plaintiff 5450 Sandpoint Way N.E., LLC and Defendant ExxonMobil Oil Corporation (collectively, the "Parties") jointly present this stipulated motion to the Court to modify the Court's June 11, 2024 scheduling order.

There is good cause for this stipulated motion. The Court has identified a scheduling conflict with the current trial date, necessitating a continuance of the trial date. The Parties request that, except for the deadline to file Motions in Limine, the remaining deadlines in the Court's June 11, 2024 order be stricken while the parties confer with their respective clients and witnesses on a trial date when the parties, their clients, and their witnesses are available. The Parties will continue to confer with each other and the Court on finding an appropriate trial date at which time the remaining pretrial deadlines will be reset.

STIPULATED MOTION AND ORDER TO STRIKE CERTAIN PRETRIAL DEADLINES AND TRIAL DATE -- 1

Case No. 2:23-cv-01244-BJR

NORTHWEST RESOURCE LAW PLLC
71 Columbia Street, Suite 325
Seattle, WA 98104
206.971.1564

DATED this 30th day of May, 2025.

NORTHWEST RESOURCE LAW PLLC

*s/ Douglas J. Steding*
Douglas J. Steding, WSBA #37020
dsteding@nwresourcelaw.com
206.971.1567
Merryn B. DeBenedetti, WSBA #35777
mdebenedetti@nwresourcelaw.com
206.971.1569
Greg A. Hibbard, WSBA #60526
ghibbard@nwresourcelaw.com
206.971.1568

*Attorneys for Plaintiff 5450 Sandpoint Way N.E., LLC*

I certify that this memorandum contains 154 words, in compliance with the Local Civil Rules.

WILLIAMS, KASTNER & GIBBS PLLC

*s/ James M. Bulthuis (via email authorization)*
Mark M. Myers, WSBA #15362
mmyers@williamskastner.com
James M. Bulthuis, WSBA #44089
jbulthuis@williamskastner.com

*Attorneys for Defendant ExxonMobil Oil Corporation*

STIPULATED MOTION AND ORDER TO STRIKE CERTAIN PRETRIAL DEADLINES AND TRIAL DATE -- 2

Case No. 2:23-cv-01244-BJR

NORTHWEST RESOURCE LAW PLLC
71 Columbia Street, Suite 325
Seattle, WA 98104
206.971.1564

## II. ORDER

IT IS SO ORDERED. The parties shall meet and confer and, no later than 21 days after entry of this order, submit to the Court a Joint Status Report proposing at least two new proposed trial dates.

DATED this 2nd day of June, 2025.

_____
The Honorable Barbara J. Rothstein
United States District Judge

Presented by:

NORTHWEST RESOURCE LAW PLLC

*s/ Douglas J. Steding*
Douglas J. Steding, WSBA #37020
dsteding@nwresourcelaw.com
206.971.1567
Merryn B. DeBenedetti, WSBA #35777
mdebenedetti@nwresourcelaw.com
206.971.1569
Greg A. Hibbard, WSBA #60526
ghibbard@nwresourcelaw.com
206.971.1568

*Attorneys for Plaintiff 5450 Sandpoint Way N.E., LLC*

WILLIAMS, KASTNER & GIBBS PLLC

*s/ James M. Bulthuis (via email authorization)*
Mark M. Myers, WSBA #15362
mmyers@williamskastner.com
James M. Bulthuis, WSBA #44089
jbulthuis@williamskastner.com

*Attorneys for Defendant ExxonMobil Oil Corporation*
STIPULATED MOTION AND ORDER TO STRIKE CERTAIN PRETRIAL DEADLINES AND TRIAL DATE -- 3

Case No. 2:23-cv-01244-BJR

NORTHWEST RESOURCE LAW PLLC
71 Columbia Street, Suite 325
Seattle, WA 98104
206.971.1564

STIPULATED MOTION AND ORDER TO STRIKE
CERTAIN PRETRIAL DEADLINES AND TRIAL
DATE -- 4

Case No. 2:23-cv-01244-BJR

**NORTHWEST RESOURCE LAW PLLC**
71 Columbia Street, Suite 325
Seattle, WA 98104
206.971.1564